**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:    Juan Enriquez v. Ahmed A. Morsy, M.D.

Appellate case number:    01-18-00877-CV

Trial court case number:    18-CV-0884

Trial court:    10th District Court of Galveston County

Date motion filed:    September 25, 2020

Party filing motion:    Appellee


The en banc court has unanimously voted to deny appellee's motion for en banc reconsideration. It is ordered that the motion is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                Acting for the En Banc Court*

*En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date: ___June 15, 2021_____